Kimberly A. Marsh, OSB 02164
e-mail: Kim@MarshLawNW.com
Marsh Law Northwest, P.S.
1205 NW 25th Avenue
Portland, Oregon 97210
telephone: 503-796-7800
facsimile: 503-796-7801

Attorney for Plaintiff Mindy Young

Honorable Ancer L. Haggerty

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MINDY YOUNG,**

    Plaintiffs,

vs.

**US BANCORP, a corporation; U.S. BANK, a corporation; U.S. BANK OF OREGON, a corporation; US BANK, NATIONAL ASSOCIATION; a corporation,**

    Defendants.

Cause No.: 04-CV-933

ORDER OF DISMISSAL

---

Based on the Stipulation of the parties filed herein, IT IS HEREBY ORDERED that the above matter shall be dismissed with prejudice and without costs to either party.

Dated this 24 day of February, 2005

*/s/ Ancer L. Haggerty*
UNITED STATES DISTRICT JUDGE ANCER HAGGERTY

ORDER OF DISMISSAL - 1

MARSH LAW NORTHWEST, P.S.
1205 NW 25th Avenue
Portland, Oregon 97210
e-mail: Kim@MarshLawNW.com
phone: 503-796-7800
fax: 503-796-7801

Presented by:

/s/ Kimberly A. Marsh

Kimberly A. Marsh, OSB No. 02164
MARSH LAW NORTHWEST, P.S.
1205 NW 25th Avenue
Portland, Oregon 97210
e-mail: Kim@MarshLawNW.com
phone: 503-796-7800
fax: 503-796-7801

MARSH LAW NORTHWEST, P.S.
1205 NW 25th Avenue
Portland, Oregon 97210
e-mail: Kim@MarshLawNW.com
phone: 503-796-7800
fax: 503-796-7801